Memorandum 

| Subject | Date |
|---|---|
| Writ of Habeas Corpus<br>United States v. Bernard Christian, Jr.<br>Case No.  4:25-CR-00022-CLM-SGC | February 4, 2025 |

To Clerk of the Court
    Northern District of Alabama

*/s/Electronic Signature*
From Benjamin A. Keown, Sr.
Assistant U.S. Attorney

Please cause a Writ of Habeas Corpus Ad Prosequendum to be issued to the St. Clair County Jail, Pell City, Alabama for Bernard Christian, Jr. to appear before this court in the above case for an Arraignment hearing on Thursday, February 13, 2025, at 9:30a.m. before Magistrate Judge Staci G. Cornelius in Birmingham, AL.

cc: USMS